**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ILLIA BOHACHENKO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-389-PRW |
| | ) | |
| SCARLET GRANT, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**ORDER**

This case was originally referred to Magistrate Judge Amanda Maxfield for a Report

and Recommendation (Dkt. 3). The Court **VACATES** the referral.

**IT IS SO ORDERED** this 28th day of May 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1