## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

ILLIA BOHACHENKO,                )
                                 )
                  Petitioner,    )
                                 )
v.                               )     Case No. CIV-26-389-PRW
                                 )
SCARLET GRANT, *et al.*,         )
                                 )
                  Respondents.   )

## JUDGMENT

In accordance with the Court's Order entered this date, the Petition for Writ of

Habeas Corpus is **DENIED AS MOOT**. This judgment fully and finally resolves all claims

and terminates this civil action.

**ENTERED** this 28th day of May 2026.

_____

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1